RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joanne_Diamond@fd.org

Attorney for Yander Alexis Rodriguez-Gallegos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00130-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Second Request) |
| YANDER ALEXIS RODRIGUEZ-GALLEGOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Yander Alexis Rodriguez-Gallegos, that the Preliminary Hearing currently scheduled on June 15, 2021 at 3:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. A change of plea and sentencing has been set for July 16, 2021.

2. The July 16 disposition will resolve the case and obviate the need for a preliminary hearing.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 4th day of June, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Joanne L. Diamond*<br>By_____<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | */s/ Jared L. Grimmer*<br>By_____<br>JARED L. GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YANDER ALEXIS RODRIGUEZ-GALLEGOS,<br><br>    Defendant. | Case No. 2:21-cr-00130-JCM-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 15, 2021 at the hour of 3:00 p.m., be vacated and continued to 8/17/2021 at 2:00 PM in LV courtroom 3B.

DATED this  8th  day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3